## 39779. DEICH et al. v. AMERICAN DISCOUNT COMPANY.

EBERHARDT, Judge. The Supreme Court of Georgia (*American Discount Co. v. Deich,* 218 Ga. 726, 130 SE2d 595) having reversed our judgment (*Deich v. American Discount Co.,* 107 Ga. App. 22, 129 SE2d 179), said judgment is hereby vacated and the judgment of the trial court is reversed in accordance with the judgment of the Supreme Court.

*Judgment reversed. Carlisle, P. J., and Russell, J., concur.*

DECIDED APRIL 24, 1963.

*Crawford, Leeb & Calhoun, John R. Calhoun,* for plaintiffs in error.

*Kennedy & Sognier, John G. Kennedy, Jr., A. Ben Conner, Ernest DeWitt,* contra.